**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MARK H. GOLDSTEIN, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>  v.<br><br>RTX CORPORATION,<br><br>      Defendant. | Case No. 1:24-cv-11525-ADB |

## <u>NOTICE OF APPEARANCE OF BARRY J. MILLER</u>

Kindly enter the appearance of Barry J. Miller of Seyfarth Shaw LLP, Two Seaport Lane, Suite 1200, Boston, Massachusetts 02210, as counsel for Defendant RTX Corporation, in connection with the above captioned action.

Dated: September 12, 2024

Respectfully Submitted,

RTX CORPORATION

By its attorneys:

*/s/ Barry J. Miller*
Barry J. Miller (BBO # 661596)
bmiller@seyfarth.com
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210-2028
Telephone:  (617) 946-4800
Facsimile:  (617) 946-4801

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2024, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Barry J. Miller*
Barry J. Miller