THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MARK GOLDSTEIN, on behalf of himself and all others similarly situated,**<br><br>　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**RTX CORPORATION (f/k/a RAYTHEON TECHNOLOGIES CORPORATION),**<br><br>　　　　**Defendant.** | **CIVIL ACTION<br>NO. 24-CV-11525**<br><br>**JOINT STIPULATION TO ESTABLISH RESPONSE DEADLINE AND BRIEFING SCHEDULE** |

Mark Goldstein ("Plaintiff") and RTX Corporation (f/k/a Raytheon Technologies Corporation) ("Defendant") (collectively the "Parties") respectfully submit this Joint Stipulation to Establish a Response Deadline and Briefing Schedule with respect to any dispositive motions filed in response to Plaintiff's Complaint.

As background to this Joint Stipulation and Motion, the Parties state as follows:

WHEREAS, Plaintiff filed the Complaint in this action on June 11, 2024;

WHEREAS, Defendant has received a copy of the Complaint and has agreed to waive service of summons, which waiver form will be filed simultaneously together with this joint stipulation;

WHEREAS, the Parties have agreed to the following deadlines for Defendant's answer and/or any dispositive motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure ("Rule 12"):

- Defendant's deadline to respond to Plaintiff's Complaint, whether via answer or Rule 12 motion/s, shall be September 13, 2024;

- Plaintiff's deadline to file an amended complaint, or an opposition brief in response to any Rule 12 motion/s, shall be November 1, 2024;

- Defendant's deadline to file a reply brief for any Rule 12 motion/s (to the extent the Court permits such brief/s) shall be November 22, 2024;

- If Plaintiff files an amended complaint, Defendant's deadline to respond, whether via answer or any further Rule 12 motion/s, shall be December 5, 2024;

- In the event that Defendant files any further Rule 12 motion/s in response to an amended complaint, the Parties will work together to propose a mutually-agreeable schedule for the briefing of such motion/s.

NOW, THEREFORE, IT IS HEREBY JOINTLY STIPULATED by the Parties that the following deadlines shall apply for purposes of this action:

- Defendant's deadline to respond to the Complaint, whether via answer or Rule 12 motion/s, shall be September 13, 2024;

- Plaintiff's deadline to file an amended complaint, or an opposition brief in response to any Rule 12 motion/s, shall be November 1, 2024;

- Defendant's deadline to file a reply brief for any Rule 12 motion/s (to the extent the Court permits such brief/s) shall be November 22, 2024;

- If Plaintiff files an amended complaint, Defendant's deadline to respond, whether via answer or any further Rule 12 motion/s, shall be December 5, 2024;

- In the event that Defendant files any further Rule 12 motion/s in response to an amended complaint, the Parties will work together to propose a mutually-agreeable schedule for the briefing of such motion/s.

STIPULATED and AGREED this 12th day of September, 2024

Dated: September 12, 2024

 /s/ Adam T. Klein
Adam T. Klein*
Amy Shulman (Mass. Bar No. 633396)
Moira Heiges-Goepfert*
Chauniqua Young*
Zarka Dsouza*
Outten & Golden LLP
685 Third Ave., 25th Floor
New York NY 10017
(212) 245-1000
ashulman@outtengolden.com
atk@outtengolden.com
mhg@outtengolden.com
cyoung@outtengolden.com
zdsouza@outtengolden.com

Peter Romer-Friedman*
Patrick David Lopez*
PETER ROMER-FRIEDMAN LAW PLLC
1629 K Street NW, Suite 300
Washington, DC 20006
(202) 355-6364
peter@prf-law.com
david@prf-law.com

Raymond P. Ausrotas (BBO No. 640315)
ARROWOOD LLP
10 Post Office Square, 7th Floor South

Respectfully submitted,

 /s/ Barry J. Miller
Barry J. Miller (BBO #661596)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 1200
Boston, MA 02210
(617) 946-4806
bmiller@seyfarth.com

Jason C. Schwartz (*pro hac vice forthcoming*)
Naima L. Farrell (BBO #688133, *admission pending*)
Alex Bruhn (*pro hac vice forthcoming*)
GIBSON, DUNN & CRUTCHER LLP
1700 M St. N.W.
Washington, D.C. 20036
(202) 955-8500
jschwartz@gibsondunn.com
nfarrell@gibsondunn.com
abruhn@gibsondunn.com

*Attorneys for Defendant RTX Corporation*

Boston, MA 02109
Tel: 617-849-6200
Fax: 617-849-6201
rausrotas@arrowoodllp.com

Rebecca Rodgers*
Samantha Gerleman*
Lauren Naylor*
William Alvarado Rivera*
Louis Lopez*
AARP Foundation Litigation
601 E Street NW
Washington, DC 20049
(202) 434-2064
rrodgers@aarp.org
sgerleman@aarp.org
lnaylor@aarp.org
warivera@aarp.org
llopez@aarp.org

**Admitted Pro Hac Vice*
*Attorneys for Plaintiff*

**SO ORDERED,**

_____

Hon. Allison D. Burroughs
United States District Judge

Date: _____