UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK H. GOLDSTEIN, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>RTX CORPORATION, formerly known as Raytheon Technologies Corporation,<br><br>    Defendant. | CIVIL ACTION NO. 1:24-CV-11525-ADB |

**DEFENDANT RTX CORPORATION'S
MOTION TO DISMISS OR TRANSFER**

Pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(3) and 12(b)(6) of the Federal Rules of Civil Procedure, Defendant RTX Corporation hereby respectfully requests that the Court dismiss the Complaint for lack of standing, improper venue, lack of personal jurisdiction, and failure to state a claim for relief. Alternatively, Defendant requests that the Court transfer the case to the U.S. District Court for the Eastern District of Virginia pursuant to 29 U.S.C. § 1404(a). As grounds for this motion, Defendant relies on and incorporates fully the following supporting documents submitted herewith: (i) Defendant's Memorandum of Law and exhibits thereto; (ii) the Declaration of Stephen Schulz and exhibits thereto, and (iii) the Declaration of Renee Morrell.

**LOCAL RULE 7.1(A)(2) CERTIFICATION**

I certify that Defendant RTX Corporation has complied with the provisions of Local Rule 7.1(a)(2) by conferring with counsel for Plaintiff on August 5, 2024, August 14, 2024, and September 13, 2024.

Dated:  September 13, 2024            Respectfully submitted,


              By:  */s/ Barry J. Miller*
                 Barry J. Miller (BBO #661596)
                 SEYFARTH SHAW LLP
                 Two Seaport Lane, Suite 1200
                 Boston, MA 02210
                 (617) 946-4806
                 bmiller@seyfarth.com

                 Jason C. Schwartz (*pro hac vice pending*)
                 Naima L. Farrell (BBO #688133, *admission pending*)
                 Alex Bruhn (*pro hac vice pending*)
                 GIBSON, DUNN & CRUTCHER LLP
                 1700 M St. N.W.
                 Washington, D.C. 20036
                 (202) 955-8500
                 jschwartz@gibsondunn.com
                 nfarrell@gibsondunn.com
                 abruhn@gibsondunn.com

              *Attorneys for Defendant RTX Corporation*


## CERTIFICATE OF SERVICE

  I hereby certify that on September 13 2024, a true copy of the foregoing document was electronically filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.


                 */s/ Barry J. Miller*
                 Barry J. Miller