# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARK H. GOLDSTEIN, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>   vs.<br><br>RTX CORPORATION, formerly known as Raytheon Technologies Corporation,<br><br>                Defendant. | CIVIL ACTION NO. 1:24-CV-11525-ADB |

## DECLARATION OF STEPHEN SCHULZ ON BEHALF OF RTX CORPORATION

I, Stephen Schulz, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, and state as follows:

1. I am over the age of 18 and competent to testify to the matters set forth herein. I have personal knowledge of the matters set forth herein based on my review of the books and records of RTX Corporation and its subsidiaries and, if called upon, could testify competently and truthfully to the facts stated in this Declaration.

2. I have been Executive Director, RTX Global Talent Acquisition since July 2022. In that role, I have responsibility for driving enterprise-wide talent acquisition strategies and processes enabled by technology. Our team also focuses on branding and recruitment marketing, managing vendor partners and their respective contracts, operational performance, compliance and training. I have been with the company since November 2008.

## I.     The Hiring Process

3. At RTX Corporation, hiring is generally performed by local business unit teams to fill their specific needs.

4. Individual hiring managers are generally responsible for identifying needs in their business unit. Each hiring manager generally works with local human resources staff and recruiting staff assigned to support their business to develop the job description for each role. The assigned recruiters then post these job descriptions on RTX Corporation's career website.

5. Hiring managers generally are based in the same location as the job posting, unless they are working remotely. Hiring managers generally make independent hiring decisions for the positions they post on RTX Corporation's website.

6. At all times relevant to the claims in this action, Raytheon Company has maintained responsibility for identifying its own hiring needs and hiring its own employees.

7. At all times relevant to the claims in this action, Rockwell Collins, Inc. has maintained responsibility for identifying its own hiring needs and hiring its own employees.

8. At all times relevant to the claims in this action, ARINC Incorporated has maintained responsibility for identifying its own hiring needs and hiring its own employees.

## II.    Goldstein's Job Applications

9. In my role as Executive Director, RTX Global Talent Acquisition, I have access to applicant records and information, including those of Plaintiff Mark Goldstein, which are kept in the normal course of business operations in human resources platforms called Brass Ring and Workday.

10. In preparing this Declaration, I accessed records and information in Brass Ring and Workday related to the positions for which Goldstein alleges he applied.

11. On May 6, 2019, Goldstein applied for the Cyber Defense Technologist II position, requisition number 139389BR. The employing entity for this position was Raytheon Company. This position was located in Fullerton, California, and the hiring manager was located in Tewksbury, Massachusetts. A true and correct copy of the job description for this position is attached hereto as **Exhibit 1.**

12. On May 15, 2019, Goldstein applied for the Program Cost Schedule Analyst I (New Grad Opportunity) position, requisition number 139244BR. The employing entity for this position was Raytheon Company. This position was located in Fullerton, California, where the hiring manager was also located. A true and correct copy of the job description for this position is attached hereto as **Exhibit 2.**

13. On June 1, 2021, Goldstein applied for the Financial Analyst I position, requisition number 179782BR. The employing entity for this position was Raytheon Company. This position was located in Plano, Texas, where the hiring manager was also located. A true and correct copy of the job description for this position is attached hereto as **Exhibit 3.**

14. On March 10, 2022, Goldstein applied for the Associate, System Engineer (New Graduate) position, requisition number 01464198. The employing entity for this position was Rockwell Collins, Inc. This position was located in Cedar Rapids, Iowa, where the hiring manager was also located. A true and correct copy of the job description for this position is attached hereto as **Exhibit 4.**

15. On June 8, 2022, Goldstein applied for the Associate, Software Engineer (New Grad) position, requisition number 01468255. The employing entity for this position was ARINC Incorporated. This position was located in Los Angeles, California, where the hiring manager was

also located.  A true and correct copy of the job description for this position is attached hereto as **Exhibit 5.**

16. On March 15, 2023, Goldstein applied for the Systems Engineer I – Onsite position, requisition number 01560901.  The employing entity for this position was Rockwell Collins, Inc.  This position was located in Cedar Rapids, Iowa, where the hiring manager was also located.  A true and correct copy of the job description for this position is attached hereto as **Exhibit 6.**

17. On April 5, 2023, Goldstein applied for the Systems Engineer I – New Grad – Onsite position, requisition number 01550545.  The employing entity for this position was Rockwell Collins, Inc.  This position was located in Cedar Rapids, Iowa, where the hiring manager was also located.  A true and correct copy of the job description for this position is attached hereto as **Exhibit 7.**

18. RTX Corporation and its subsidiaries do not have a record of Goldstein applying for the Proposal Analyst I (early 2021 Start) position, requisition number 174644BR.  The employing entity for this position was Raytheon Company.  This position was located in Goleta, California, and the hiring manager was based remotely in Colorado.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 13, 2024
       Grand Rapids, MI

Signed by:
*Stephen Schulz*
478DAFAF8EA24A3...
Stephen Schulz

4